Marc S. Reiner (MR-6669)
Raymond A. Mascia Jr. (RM-8722)
ANDERSON KILL & OLICK, P.C
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Attorneys for Defendant
Warner Music Group Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHARLES BARTON BOLLFRASS,<br>         Plaintiff,<br><br>- against -<br><br>WARNER MUSIC GROUP CORP.,<br>         Defendant. | 12-CV-6648(LLS)<br><br>NOTICE OF APPEARANCE |
|---|---|

  **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as an attorney of record for Defendant Warner Music Group Corp. and further requests that copies of all papers in this action be served upon him at his office and address set forth below.

Dated: October 16, 2012    **ANDERSON KILL & OLICK, P.C**

            By: /s/ Marc S. Reiner
               Marc S. Reiner (MR-6669)
               Raymond A. Mascia Jr. (RM-8722)
               1251 Avenue of the Americas
               New York, New York 10020
               Telephone: (212) 278-1000
               Facsimile: (212) 278-1733

               *Attorneys for Defendant*
               *Warner Music Group Corp.*