UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BARTON BOLLFRASS,

                            Plaintiff,

            - against -

WARNER MUSIC GROUP CORP.,

                            Defendant.

12-cv-6348(LSS)

**RULE 7.1 DISCLOSURE STATEMENT
FOR WARNER MUSIC GROUP CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Warner Music Group Corp. and the undersigned counsel certify that Warner Music Group Corp. is a wholly owned subsidiary of AI Entertainment Holdings LLC (formerly known as Airplanes Music LLC), an affiliate of Access Industries, Inc., which is an entity indirectly controlled by Mr. Len Blavatnik.  No publicly traded corporation owns 10% or more of the stock of Warner Music Group Corp.

Dated:  December 4, 2012                    **ANDERSON KILL & OLICK, P.C**

                            By:  */s/ Marc S. Reiner*
                            Marc S. Reiner (MR-6669)
                            1251 Avenue of the Americas
                            New York, New York 10020
                            Telephone: (212) 278-1000
                            Facsimile: (212) 278-1733

                            *Attorneys for Defendant
                            Warner Music Group Corp.*