UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BARTON BOLLFRASS,<br><br>        Plaintiff,<br><br>  - against -<br><br>WARNER MUSIC GROUP CORP.,<br><br>        Defendant. | 12-cv-6348(LSS)<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND MOTION FOR AN AWARD OF ATTORNEYS' FEES** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), the accompanying Declaration of Marc S. Reiner and the exhibits attached thereto, and all prior pleadings and proceedings in this action, defendant Warner Music Group Corp. will move this Court at a time to be determined at the Court's convenience, for an Order: (1) dismissing the Complaint in its entirety; (2) awarding Warner Music Group Corp. its fees and costs incurred in this action; and (3) granting such other and further relief as the Court deems just and proper.

Dated:  December 4, 2012      **ANDERSON KILL & OLICK, P.C**

                 By: */s/ Marc S. Reiner*
                    Marc S. Reiner (MR-6669)
                    1251 Avenue of the Americas
                    New York, New York 10020
                    Telephone: (212) 278-1000
                    Facsimile: (212) 278-1733

                    *Attorneys for Defendant*
                    *Warner Music Group Corp.*