ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/12

-----------------------------------------------------------x

CHARLES BARTON BOLLFRASS,

           Plaintiff,

— against —

           Cause No. 12-cv-6648 (LLS)

WARNER MUSIC GROUP CORP.,

           Defendant.

-----------------------------------------------------------x

### [PROPOSED] ORDER

LLS

Upon considering Plaintiff's Unopposed Motion to Extend Time to File a Response to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) and Motion for an Award of Attorneys' Fees, the court extends the time to file a response by the Plaintiffs. The deadline to file a Response is **January 11, 2013.**

**SO ORDERED.**

           _Louis L. Stanton_
           UNITED STATES DISTRICT JUDGE

Dated: 12/18/12