UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

CHARLES BARTON BOLLFRASS     Plaintiff,        Case No.  1:12-cv-06648-LLS

-against-

WARNER MUSIC GROUP     Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending          ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Marc Schuyler Reiner
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MR-6669          My State Bar Number is  2769529

I am,

☑  An attorney

☐  A Government Agency attorney

☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Anderson Kill & Olick, P.C.
              FIRM ADDRESS: 1251 Avenue of the Americas, New York, NY 10020
              FIRM TELEPHONE NUMBER: (212) 278-1000
              FIRM FAX NUMBER: (212) 278-1733

NEW FIRM:     FIRM NAME: Moss & Kalish, PLLC
              FIRM ADDRESS: 122 East 42nd Street, New York, NY 10168
              FIRM TELEPHONE NUMBER: (212) 867-4488
              FIRM FAX NUMBER: (212) 983-5276

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 7, 2012                    /s/ MARC S. REINER
                                          _____
                                          ATTORNEY'S SIGNATURE